Dylan P. Todd
Nevada Bar No. 10456
Daniel I. Aquino
Nevada Bar No. 12682
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
dylan.todd@mccormickbarstow.com
Attorneys for Carrie M. Hanlon, Esq. and Morris,
Sullivan, Lemkul & Pitegoff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| WESTERN NATIONAL INSURANCE GROUP, | Case No. 2:17-CV-00825-JCM-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' OBJECTION TO MAGISTRATE'S ORDER DENYING MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF STATE COURT APPEAL** |
| CARRIE M. HANLON, ESQ., and MORRIS, SULLIVAN, LEMKUL & PITEGOFF, and DOES 1 through 10 and ROE CORPORATIONS I-X, | |
| Defendants. | **(First Request)** |

Defendants CARRIE M. HANLON, ESQ. and MORRIS, SULLIVAN, LEMKUL & PITEGOFF, by and through their attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and Plaintiff WESTERN NATIONAL INSURANCE GROUP, by and through attorneys of record of the law firm OLSON, CANNON, GORMLEY, ANGULO, & STOBERSKI, hereby stipulate and agree as follows:

1. On June 12, 2017, Defendants filed an Objection To Magistrate's Order Denying Motion To Stay Proceedings Pending Outcome Of State Court Appeal [ECF No. 17];

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

2:17-CV-00825-JCM-CWH

STIPULATION AND ORDER TO EXTEND TIME

2. On June 26, 2017, Plaintiff filed an Opposition to Defendants' Objection To Magistrate's Order Denying Motion To Stay Proceedings Pending Outcome Of State Court Appeal [ECF No. 19];

3. Defendants presently have until July 3, 2017, to file a reply to Plaintiff's Opposition to Defendants' Objection To Magistrate's Order Denying Motion To Stay Proceedings Pending Outcome Of State Court Appeal;

4. Due to an out-of-state family medical emergency that is causing conflicts in counsel for Defendants' schedule, the Parties hereby stipulate that Defendants shall have until July 11, 2017 to respond to Plaintiff's Opposition to Defendants' Objection To Magistrate's Order Denying Motion To Stay Proceedings Pending Outcome Of State Court Appeal; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:17-CV-00825-JCM-CWH

**STIPULATION AND ORDER TO EXTEND TIME**

5.     This Stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 3rd day of June, 2017

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By     /s/ Dylan P. Todd
Dylan P. Todd
Nevada Bar No. 10456
Daniel I. Aquino
Nevada Bar No. 12682
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Carrie M. Hanlon, Esq. and Morris,
Sullivan, Lemkul & Pitegoff


DATED this 3rd day of July, 2017

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI


By     /s/ Peter M. Angulo
Peter M. Angulo, Esq.
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NEVADA 89129
702-384-4012
Attorneys for Western National Insurance Group

DATED July 3, 2017.



By     _____
UNITED STATES DISTRICT COURT JUDGE

2:17-CV-00825-JCM-CWH

**STIPULATION AND ORDER TO EXTEND TIME**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

# CERTIFICATE OF SERVICE

I hereby certify that on this __3rd__ day of July, 2017, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' OBJECTION TO MAGISTRATE'S ORDER DENYING MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF STATE COURT APPEAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

## SERVICE LIST

Peter Angulo
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
702-384-4012
pangulo@ocgas.com

By _____
Tricia Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
6337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

4

2:17-CV-00825-JCM-CWH

STIPULATION AND ORDER TO EXTEND TIME