Dylan P. Todd
Nevada Bar No. 10456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101
Dylan.todd@mccormickbarstow.com

Attorneys for Carrie M. Hanlon, Esq. and Morris,
Sullivan, & Lemkul

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| WESTERN NATIONAL INSURANCE GROUP, <br><br> Plaintiff, <br><br> v. <br><br> CARRIE M. HANLON, ESQ., and MORRIS, SULLIVAN, LEMKUL & PITEGOFF, and DOES 1 through 10 and ROE CORPORATIONS I-X, <br><br> Defendants. | Case No. 2:17-CV-00825-JCM-CWH <br><br> **STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

The parties respectfully submit the following stipulation to allow Defendants time to file an answer to Plaintiff's Complaint filed on March 21, 2017.

## Reason for this Request

Plaintiff served its Complaint on Defendant on March 21, 2017. On April 14, 2017, Defendants filed a Motion to Dismiss Complaint or in the Alternative Motion to Stay Proceedings Pending Outcome of State Court Appeal (Dkt. Nos. 8, 9). The U.S. Magistrate Judge denied the Motion to Stay on May 30, 2017. (Dkt No. 15). Defendants filed their Objection to that decision on June 12, 2017. (Dkt. No. 17). On December 27, 2017, this Court issued an Order denying Defendants' Motion to Dismiss and their Objection to the U.S. Magistrate Judge's decision to deny

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:17-CV-00825-JCM-CWH

STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT

the stay (Dkt. No. 35).  At this point, the parties had already been actively litigating this case, including participating in discovery and attempting to enter mediation to find a resolution.

Since the Court's Order, the parties have continued their active participation in this case. Defendants filed a Verified Petition for Permission to Practice Pro Hac Vice for Attorney Jerry Casheros and Designation of Local Counsel Dylan Todd on February 20, 2018.  (Dkt. No. 37).  The Court granted that Petition on February 23, 2018.  (Dkt. No. 38).

Additionally, the parties filed their third Stipulation for Extension of Time re: Discovery Deadlines on April 16, 2018.  (Dkt. No. 39).  In that Stipulation, the parties set forth their status in seeking mediation as well.  *Id.* at 4:19-24.  The U.S. Magistrate Judge issued an Order granting the Stipulation on April 19, 2018.  (Dkt. No. 40).  The parties have also stipulated to amend the caption in this matter.  *See* (Dkt. Nos. 41, 42).

Despite all of the good-faith participation in this case, On July 11, 2018, Defendants realized that they have not filed an Answer to Plaintiff's Complaint in this matter.  That same day, Defendants filed a Motion to Extend Time pursuant to FRCP 6(b)(1)(b).  (Dkt. No. 43).  Prior to filing that Motion, Defendants' Counsel attempted to contact Plaintiff's Counsel to inquire as to whether a stipulation would be possible.  Defendants' Counsel was unsuccessful in reaching Plaintiff's Counsel, thus he immediately filed the Motion in an abundance of Caution and due to the fact that defense counsel would be out of the town for the proceeding four (4) days.

On July 16, 2018, counsel for the parties were able to meet and confer telephonically. Plaintiff's Counsel agreed to stipulate to Defendants filing their Answer which was attached as ***Exhibit A*** to Defendants' Motion to Extend Time.  (Dkt. No. 43-2).

As all parties have been actively litigating this matter as if an Answer were already on file, the parties agree that there has been no prejudice suffered due to the Answer's absence.  The parties have therefore stipulated that the new deadline to respond to the complaint is **July 18, 2018**.

### Good Cause and Excusable Negligent

Good cause exists for the granting of the extension, as both parties have been participating in this matter as if an Answer was already on file.  The parties have exchanged discovery and have conducted depositions since the Court's December 27, 2017 Order.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

1    Additionally, while the litigation was ongoing in this case, it also continued in the related case

2  in the Nevada Supreme Court. (Docket No. 72723). The Nevada Supreme Court case is now fully

3  briefed and is awaiting disposition or an Order to appear for Oral Argument.

4    The parties intend to mediate this case. Although the parties had anticipated mediation going

5  forward in June 2018, the mediator that the parties agreed upon became unavailable until December

6  2018. The parties are working diligently to find a new mediator in hopes that this case may be

7  resolved expeditiously.

8    As soon as Defendants' Counsel became aware that no Answer had been filed, he immediately

9  filed his Motion to Extend Time pursuant to FRCP 6(b)(1)(B). (Dkt. No. 43). Although Defendants'

10  Counsel was unable to reach Plaintiff's Counsel prior to filing the Motion, Counsel have now

11  conferred and Plaintiff's Counsel has agreed to stipulate and allow Defendants to file their Answer.

12    Plaintiff has not been prejudiced due to the absence of an Answer. The parties have

13  participated in this case in good-faith and hope to mediate the matter as soon as possible. The parties

14  have already devoted a significant amount of resources to litigating this matter. Plaintiff has not and

15  does not intend to file a Motion for Default Judgment. Instead, the parties hope to continue to move

16  forward in good-faith. The combined lack of prejudice and good-faith participation on the part of both

17  parties demonstrates that any neglect is excusable. Accordingly, the parties agree that good cause

18  exists to allow Defendants to file their Answer.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

**STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants shall answer Plaintiff's Complaint by Wednesday, **July 18, 2018.**

IT IS SO STIPULATED.

DATED this 16th day of July, 2018

                              McCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH LLP

                              By  /s/ Dylan P. Todd
                                 Dylan P. Todd
                                 Nevada Bar No. 10456
                                 8337 West Sunset Road, Suite 350
                                 Las Vegas, Nevada 89113
                                 Attorneys for Carrie M. Hanlon, Esq. and Morris,
                                 Sullivan, Lemkul & Pitegoff

DATED this 16th day of July, 2018

                              OLSON, CANNON, GORMLEY,
                              ANGULO & STOBERSKI

                              By  /s/ Peter M. Angulo
                                 Peter M. Angulo, Esq.
                                 Nevada Bar No. 3672
                                 9950 West Cheyenne Avenue
                                 Las Vegas, Nevada 89129
                                 Attorneys for Western National Insurance Group

DATED this ___18___ day of July, 2018

                              By  _____
                                  UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

**STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2018, a true and correct copy of this completed **STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** upon all counsel of record by electronically filing the document using the Nevada Supreme Court's electronic filing system.

Peter Angulo
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
702-384-4012
pangulo@ocgas.com

By  */s/ Tricia A. Dorner*
Tricia A. Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

90650-00009 5229084.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

5
STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT